### DECEMBER 18, 1975

PEOPLE v CUNNINGHAM. (Docket No. 56840.) The motion to abate decision filed by plaintiff-appellant is considered and, pursuant to GCR 1963, 853.2(4), this Court hereby vacates the Court of Appeals decision in this case and remands to the Court of Appeals for reconsideration in light of *Guilty Plea Cases,* 395 Mich 96 (1975), decided November 7, 1975. *Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Patricia J. Boyle,* Principal Attorney, Research, Training and Appeals, and *Arthur N. Bishop,* Assistant Prosecuting Attorney, for the people, appellant. Reported below: 58 Mich App 163.

### DECEMBER 19, 1975

STEWART v DETROIT HEALTH CORPORATION. (Docket No. 57343.) Leave to appeal prior to decision by the Court of Appeals denied December 19, 1975 on application of plaintiffs-appellants. Wayne County Consumer Protection Agency for plaintiffs-appellants. *Dykema, Gossett, Spencer, Goodnow & Trigg* for defendants-appellees. Case below, Court of Appeals No. 24066.

RYAN, J., not participating.